JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA DE JESUS SALAZAR,<br><br>                  Plaintiff,<br><br>    v.<br><br>NISSAN NORTH AMERICA, INC., *et al.*,<br><br>                  Defendants. | Case No. 2:25-cv-04321-FLA (BFMx)<br><br>**ORDER REMANDING ACTION FOR LACK OF SUBJECT MATTER JURISDICTION [DKT. 10]** |

1

# **RULING**

On March 20, 2025, Defendant Nissan North America, Inc. ("Defendant") removed this action from the Ventura County Superior Court, alleging this court had subject matter jurisdiction pursuant to 28 U.S.C. § 1332.  Dkt. 1.  On May 27, 2025, the court Ordered the parties to show cause ("OSC") why the action should not be remanded for lack of subject matter jurisdiction.  Dkt. 10.  On June 10, 2025, Defendant filed a response to the OSC, stating it does not contest the court's concerns regarding subject matter jurisdiction and is agreeable to the remand of this action to the Ventura County Superior Court.  Dkt. 12.  Plaintiff did not file a response to the OSC.  On July 8, 2025, the parties filed a Stipulation to Remand the Action.  Dkt. 17.

Accordingly, the court REMANDS this action to the Ventura County Superior Court, Case No. 2025CUBC040861.  All dates and deadlines in this court are VACATED.  The clerk of the court shall close the action administratively.

IT IS SO ORDERED.

Dated: July 9, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge